IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD A. BRYANT                                              PLAINTIFF

v.                          Case No. 4:11-cv-51–DPM

TEXAS LOTTERY COMMISSION,
INTERNAL REVENUE SERVICE,
DEPARTMENT OF TREASURY, and
J. MCCORMICK                                                DEFENDANTS

## ORDER

Donald Bryant, *pro se*, brings this action, claiming that he has been over-taxed. He seeks a Court order correcting the alleged over-taxation and issuing a writ of mandamus requiring the Defendants to provide various documents so that he may "determine an overpayment of taxes[.]" *Document No. 4, at 1.*

This is not the Court's first interaction with Bryant. In the last two years, Bryant has filed five previous actions against these Defendants. *Bryant v. Internal Revenue Service*, No. 4:09-cv-293-JMM; *Bryant v. Internal Revenue Service*, No. 4:09-cv-941-BSM; *Bryant v. Internal Revenue Service, et al.*, 4:10-cv-1175-JLH; *Bryant v. Internal Revenue Service, et al.*, No. 4:10-cv-1978-BSM;

*Bryant v. Texas Lottery Commission, et al.,* No. 4:10-cv-2039-SWW.  All of these suits appear to arise from the same set of events as the current suit and seek the same sort of relief: Bryant believes that he has been over-taxed and wants the Defendants to provide him with various documents that relate to the alleged over-taxation.

"A final judgment on the merits of an action precludes the parties . . . from relitigating issues that were or could have been raised in that action." *Knutson v. City of Fargo,* 600 F.3d 992, 996 (8th Cir. 2010).  The claims Bryant now makes have been or could have been litigated in his previous suits.  As the Court has told Bryant three times before, his case is barred by the doctrine of *res judicata.*  His complaint is therefore dismissed.  All his pending motions are denied as moot.

So Ordered.

D.P. Marshall Jr.
Untied States District Judge

11 February 11

2